IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER:
The motion is **GRANTED**.

*Alistair E. Newbern*
U.S. Magistrate Judge

| | |
|---|---|
| FEMHEALTH USA, Inc., d/b/a carafem, on behalf of itself, its physicians, its staff, and its patients, | ) ) ) ) ) |
| Plaintiff, | ) Case No.: 3:19-CV-01141 ) |
| v. | ) ) |
| CITY OF MOUNT JULIET, TENNESSEE; KENNY MARTIN, City Manager of Mount Juliet, in his official capacity; JAMES HAMBRICK, Chief of Police of Mount Juliet, in his official capacity; JENNIFER HAMBLEN, Zoning Administrator of Mount Juliet, in her official capacity, | ) DISTRICT JUDGE RICHARDSON/ ) MAGISTRATE JUDGE NEWBERN ) ) ) ) ) ) JURY DEMAND ) ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants, the City of Mount Juliet, Tennessee (the "City"), City Manager Kenny Martin, in his official capacity, Chief of Police James Hambrick, in his official capacity, and Zoning Administrator Jennifer Hamblen, in her official capacity, (collectively "City Defendants") move this Court for an extension of time to file responsive pleading. In support of this motion, the City Defendants would show unto the Court as follows:

1. On December 18, 2019, Plaintiff filed a Complaint challenging a City Ordinance 2019-16 ("the Ordinance"), which was introduced in March 2019, and provides for the guidelines and requirements for surgical abortion clinics within the City. [D.E. 1, Complaint.]

2. Plaintiff served the City and purports to have served the individual defendants through service on a City administrative assistant on December 19, 2019. [D.E. 9, 10, 11, 12.]

3. The City Defendants seek an extension of time until January 31, 2020, to file their response to the Complaint.

4. Undersigned counsel conferred with counsel for the Plaintiff, and Plaintiff does not oppose the City's request for an extension of time to file a response to the Complaint until January 31, 2020. In light of Plaintiff's agreement for the extension, the individual defendants waive any objections to whether service through a City administrative assistant was proper.

Based on the foregoing, the City Defendants respectfully request an extension of time to respond to the Complaint until January 31, 2020.

Respectfully submitted,

*/s/ Cassandra M. Crane*
Kristin E. Berexa, BPR # 14833
Mark E. McGrady, BPR #30026
Cassandra M. Crane, BPR #34889
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
Phone: (615) 254-3060
Facsimile: (615) 254-9835
kristin.berexa@farrar-bates.com
mark.mcgrady@farrar-bates.com
casey.crane@farrar-bates.com
*Counsel for Defendants*