IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FEMHEALTH USA, INC., | ) |
| Plaintiff, | ) |
| | ) No. 3:19-cv-01141 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| CITY OF MOUNT JULIET, et al., | ) |
| Defendants. | ) |

## ORDER GRANTING AMENDED MOTION FOR A PRELIMINARY INJUNCTION

For the reasons discussed in the accompanying Memorandum Opinion, which is incorporated herein by reference, the Court **GRANTS** Plaintiff FemHealth USA, Inc. d/b/a carafem's Amended Motion for Preliminary Injunction (Doc. No. 37), which seeks a preliminary injunction with respect to two zoning regulations of the City of Mt. Juliet, namely, Ordinance 2019-16 (the "Ordinance") and Ordinance 2020-8 (the "Amendment").

IT IS THEREFORE ORDERED that Defendants, as well as their agents, employees, and successors in office, are HEREBY ENJOINED, pending final judgment, from enforcing or threatening to enforce the Ordinance or the Amendment against Plaintiff.

IT IS FURTHER ORDERED, for good cause shown and absent objection from Defendants, that the bond requirement of Fed. R. Civ. P. 65(b) is waived, and that this injunctive relief is effective upon service.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE